UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTOINETTE CROSSGROW                      CIVIL ACTION

VERSUS                                    NO: 12-2052

MICHAEL J. ASTRUE,                        SECTION: J(5)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

**ORDER**

Having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 16)**, and Plaintiff's Objections thereto **(Rec. Doc. 17)**, the Court hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that Plaintiff's Objections **(Rec. Doc. 17)** are hereby **OVERRULED**;

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment **(Rec. Doc. 13)** is **DENIED WITH PREJUDICE**, and that Defendant's cross-motion for summary judgment **(Rec. Doc. 14)** is **GRANTED**.

New Orleans, Louisiana this 30th day of September, 2013.

                                                _____
                                                CARL J. BARBIER
                                                UNITED STATES DISTRICT JUDGE